. It is ordered and adjudged that said appeal as of right he, and the same hereby is, dismissed ,for the reason no debatable constitutional question is involved in said cause.
 

 Appeal dismissed.
 

 Weygandt, C. J., Matthias, Day, Zimmerman, Williams, Myers and Gorman, JJ., concur.
 

 
 *496
 
 Hon. CARL V. WEYGANDT, Chief Justice.
 

 Hon. EDWARD S. MATTHIAS,
 

 Hon. WILLIAM C. DIXON,
 

 Hon. ARTHUR H. DAY,
 

 Hon. CHARLES B. ZIMMERMAN, >-
 

 Judges.
 

 Hon. ROY H. WILLIAMS,
 

 Hon. GEORGE S. MYERS,